UNITED STATES DISTIRCT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JUDITH HUNTER,

    Plaintiff,

v.                                            CASE NO: 5:17-cv-00208-JSM-PRL

ADVANCED CALL CENTER
TECHNOLOGIES, LLC,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

    Plaintiff, Judith Hunter, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic mail this 27th day of March, 2018 to: Michael Reed, Esquire, and Heather L. Stover, Esquire, Wicker Smith O'Hara, McCoy, & Ford, PA, 100 North Tampa Street, Suite 1800, Tampa, Florida 33602 (mreed@wickersmith.com, hstover@wickersmith.com) and Brandon T. White, Esquire, Reed Smith LLP, 1001 Brickell Bay Drive, Suite 900, Miami, Florida 33131 (bwhite@reedsmith.com).

<u>*/s/Frank H. Kerney, III, Esquire*</u>
Frank H. Kerney, III, Esquire
Florida Bar #: 88672
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
201 North Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile:  (813) 223-5402
fkerney@forthepeople.com
jkneeland@forthepeople.com
snazario@forthepeople.com
*Counsel for Plaintiff*
