85157-6

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

| | |
|---|---|
| JUDITH HUNTER, | CIRCUIT CIVIL DIVISION |
| Plaintiff, | CASE NO. 5:17-cv-00208-JSM-PRL |
| v. | |
| ADVANCED CALL CENTER TECHNOLOGIES, LLC and SYNCHRONY BANK, | |
| Defendants. | |

_____/

## STIPULATION FOR FINAL ORDER OF DISMISSAL WITH PREJUDICE

An amicable settlement of all matters and things in dispute between the parties, JUDITH HUNTER, ADVANCED CALL CENTER TECHNOLOGIES, LLC, and SYNCHRONY BANK, hereto having been made, it is STIPULATED AND AGREED by and between the parties listed above that this cause may be dismissed with prejudice, each party to bear its own attorneys' fees and costs; all liens and subrogated interests are to be paid by Plaintiff out of the proceeds of the settlement made in this case.

MORGAN & MORGAN, P.A.
One Tampa City Center
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone:   (813) 223-5505
Facsimile:   (813) 223-5402

By: */s/ Frank Kerney*_____
    Frank Kerney, Esq. (FBN: 88672)
    Attorney for Plaintiff

CASE NO. 5:17-cv-00208-JSM-PRL

WICKER SMITH O'HARA MCCOY &
FORD, P.A.
100 N. Tampa St., Suite 1800
Tampa, FL 33602
Telephone:    (813) 222-3939
Fax:    (813) 222-3938

By: /s/ Heather L. Stover
   Michael E. Reed, Esquire (FBN: 961760)
   Heather L. Stover, Esquire (FBN: 87596)
   Attorneys for Advanced Call Center
    Technologies, LLC


REED SMITH, LLP
1001 Brickell Bay Drive, Suite 900
Miami, Florida 33131
Telephone:    (786) 747-0222
Facsimile:    (786) 747-0299

By:/s/ Brandon White
   Brandon White, Esq. (FBN: 106792)
   Attorney for Synchrony Bank

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system on April 17, 2018 and the foregoing document is being served this day on all counsel or parties of record on the Service List below, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

                                                    /s/ Heather L. Stover
                                                    Michael E. Reed, Esquire
                                                    Florida Bar No. 961760

CASE NO. 5:17-cv-00208-JSM-PRL

Heather L. Stover, Esquire
Florida Bar No. 87596
WICKER SMITH O'HARA MCCOY & FORD, P.A.
Attorneys for Advanced Call Center Technologies, LLC
100 N. Tampa St., Suite 1800
Tampa, FL 33602
Phone: (813) 222-3939
Fax: (813) 222-3938
tpacrtpleadings@wickersmith.com

## SERVICE LIST

Brandon White, Esquire
Reed Smith, LLP
1001 Brickell Bay Drive, Suite 900
Miami, Florida 33131
Telephone:    (786) 747-0222
Facsimile:    (786) 747-0299
bwhite@reedsmith.com

Frank H. Kerney III, Esquire
Morgan & Morgan, P.A. - Tampa
One Tampa City Center
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone:    (813) 223-5505
Facsimile:    (813) 223-5402
fkerney@forthepeople.com, jkneeland@forthepeople.com, snazario@forthepeople.com